✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj1389

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PABLO ALFREDO LOAIZA-SOTO

I certify that I am admitted to practice in this court.

5/8/2008
Date

/s/ JASON I. SER
Signature

Jason I. Ser / Federal Defenders of SD 201816
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PABLO ALFREDO LOAIZA-SOTO,<br>Defendant. | Case No. 08mj1389<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: May 8, 2008

*/s/ Jason I. Ser*

JASON I. SER
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jason_ser@fd.org