AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

PABLO ALFREDO LOAIZA-SOTO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 1770 -WQH

I, PABLO ALFREDO LOAIZA-SOTO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 3, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Loaiza Soto Pablo
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER